IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 3:23-cr-3 (CAR) |
| | : | |
| JUAN PABLO TORRES, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**ORDER OF DETENTION PENDING TRIAL**

On February 14, 2023, Defendant Juan Pablo Torres appeared before the Court for a hearing on the Government's motion for detention. Upon consideration of the motion, the parties acknowledged that Defendant is currently subject to a detainer issued by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement. Defendant is also subject to state custody in connection with pending state matters. With the advice of counsel, Defendant waived opposition to the detention motion at this time, reserving the opportunity to revisit the Government's motion on the merits at Defendant's request.

Accordingly, the Court hereby orders that Defendant be detained pending trial in this case. The Defendant shall be committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this the 15th day of February, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge