IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
GEORGIA ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 3:23-CR-3-CAR-CHW-4 |
| **JUAN PABLO TORRES,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Juan Pablo Torres's Unopposed Motion to Continue [Doc. 50] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On January 11, 2023, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant Torres with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances. On February 14, 2023, Defendant was arrested, appointed counsel, pled not guilty at her arraignment, and after a detention hearing on February 15, 2023, he was ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that additional time is needed for counsel to receive and review the discovery and pursue plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's

request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial.  Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue Trial [Doc. 50] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

      **SO ORDERED,** this 24th day of February, 2023.

                                      s/ C. Ashley Royal_____
                                      C. ASHLEY ROYAL, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT